| | |
|---|---|
| 1 | Laura L. Ho (SBN 173179) |
|   | lho@gbdhlegal.com |
| 2 | Ginger L. Grimes (SBN 307168) |
|   | ggrimes@gbdhlegal.com |
| 3 | GOLDSTEIN, BORGEN, DARDARIAN & HO |
|   | 155 Grand Avenue, Suite 900 |
| 4 | Oakland, CA 94612 |
|   | Tel:  (510) 763-9800 |
| 5 | Fax:  (510) 835-1417 |
| 6 | Attorneys for Plaintiff Dimitri Dixon |
| 7 | Michelle L. Landry (SBN 190080) |
|   | mlandry@vedderprice.com |
| 8 | Mindy M. Wong (SBN 267820) |
|   | mwong@vedderprice.com |
| 9 | VEDDER PRICE (CA), LLP |
|   | 1 Post Street, Suite 2400 |
| 10 | San Francisco, CA 94104 |
|   | Tel: (415) 749-9500 |
| 11 | Fax: (415) 749-9502 |
| 12 | Attorneys for Defendant Cushman & Wakefield, Inc. |
| 13 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI DIXON, individually, and on behalf of all others similarly situated, | Case No. 3:20-cv-07001-JSC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CUSHMAN & WAKEFIELD, INC., | |
| Defendant. | |

1  Plaintiff Dimitri Dixon ("Plaintiff") and Defendant Cushman & Wakefield, Inc. ("Defendant")
2  (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as
3  follows:
4  WHEREAS, Plaintiff filed this collective action on October 7, 2020, for alleged violations of
5  the Fair Labor Standards Act ("FLSA"), pursuant to 29 U.S.C. § 216(b) (the "Action");
6  WHEREAS, after participating in private mediation with mediator Steven Rottman on
7  March 11, 2021, the Parties reached a global proposed settlement of the FLSA claims alleged in this
8  Action and the FLSA and class action claims alleged in *Dixon v. Cushman & Wakefield Western, Inc.,*
9  *et al.*, Northern District of California, Case No. 18-cv-05813 ("*Dixon I*"), and *Seltz v. Cushman &*
10 *Wakefield, Inc.*, District of Columbia, Case No. 18-cv-02092 ("*Seltz*") (collectively with this action,
11 the "Related Actions");
12 WHEREAS, pursuant to the Parties' settlement agreement, the proposed global settlement of
13 the Related Actions was submitted to the Court in *Dixon I* for review and approval;
14 WHEREAS, on July 26, 2021, this Court entered an order staying this Action pending the entry
15 of an order granting final approval of *Dixon I* and entry of a final judgment;
16 WHEREAS, on April 21, 2022, an order granting final approval of the global settlement was
17 entered in *Dixon I* and on April 29, 2022, a judgment pursuant to the final approval order was entered
18 in *Dixon I*; and
19 WHEREAS, pursuant to the terms of the settlement agreement, the effective date of the
20 settlement was May 31, 2022.
21 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
22 Plaintiff and Defendant through their respective undersigned counsel, and subject to the Court's
23 approval that:
24 Pursuant to the terms of the settlement agreement approved in *Dixon I*, this Action shall be
25 dismissed with prejudice.
26
27 **IT IS SO STIPULATED**.
28

Dated: June 6, 2022          GOLDSTEIN, BORGEN, DARDARIAN & HO

By: /s/ *Laura L. Ho*
    Laura L. Ho

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
T: (510) 763-9800
F: (510) 835-1417

Attorneys for Plaintiff

Dated: June 6, 2022          VEDDER PRICE (CA), LLP

By: /s/ *Mindy M. Wong*
    Mindy M. Wong

Michelle L. Landry (SBN 190080)
mlandry@vedderprice.com
Mindy M. Wong (SBN 267820)
mwong@vedderprice.com
VEDDER PRICE (CA), LLP
1 Post Street, Suite 2400
San Francisco, CA 94104
T: (415) 749-9500
F: (415) 749-9502

Thomas H. Petrides (SBN 117121)
tpetrides@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702

Attorneys for Defendant
CUSHMAN & WAKEFIELD, INC.

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: June 6, 2022

/s/ Laura L. Ho

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: June 8, 2022

HON. JACQUELINE SCOTT CORLEY
U.S. DISTRICT COURT JUDGE